**Jervon L. HERBIN, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director, Department of Corrections, Respondent–Appellee.**

No. 01–6899.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Jervon L. Herbin, pro se. Eugene Paul Murphy, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jervon L. Herbin appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Herbin v. Angelone,* No. CA–00–1630–A (E.D.Va. May 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*DISMISSED.*